UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-81444-ROSENBERG

ERIC ROGERS,

    Plaintiff,

vs.

COSTAL PROPERTIES MANAGEMENT, LLC,

    Defendant.

_____/

**ORDER APPROVING CONSENT DECREE
AND DISMISSAL OF DEFENDANT WITH PREJUDICE**

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice [D.E. # 15]. The Court has carefully considered the joint stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant COSTAL PROPERTIES MANAGEMENT, LLC is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4.    Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5.    All pending motions are hereby denied as moot.

6.    This case is CLOSED.

DONE AND SIGNED in Chambers, at Fort Pierce, Florida this 1st day of November, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record